## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

KEITH TYLER FORREST; STEVEN                                              PLAINTIFFS
DONNELLE CODY; LARRY ERVIN;
and TONY BRANSCUM

v.                              NO. 1:11CV00026 JLH/HDY

KEITH BOWERS, *et al.*                                                    DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Steven Donnell Cody's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted, and Cody's name is removed as a party Plaintiff.

2. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g), with respect to Cody.

3. The Court certifies that an *in forma pauperis* appeal taken from this order is considered frivolous and not in good faith.

IT IS SO ORDERED this 31st day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE