**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

KEITH TYLER FORREST, *et al.*                                         PLAINTIFFS

v.                 NO. 1:11CV00026 JLH/HDY

KEITH BOWERS, *et al.*                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff Keith Tyler Forrest's claims are DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2) and for failure to respond to the Court's Order. Forrest's name is removed as a party plaintiff.

2. Defendants' motion to dismiss (docket entry #41) is DENIED AS MOOT.

DATED this 28th day of February, 2012.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE