## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

KEITH TYLER FORREST, *et al.*                                        PLAINTIFFS

v.                              NO. 1:11CV00026 JLH

KEITH BOWERS, *et al.*                                               DEFENDANTS

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of April, 2012.

*/s/ J. Leon Holmes*

UNITED STATES DISTRICT JUDGE