# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

KEITH TYLER FORREST, *et al.*                                      PLAINTIFFS

v.                               NO. 1:11CV00026 JLH

KEITH BOWERS, *et al.*                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied.  The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE